### G. F. MOREFIELD v. MILTON LACKEY et al.

(Filed 11 November, 1909.)

A controversy of fact fairly submitted to the jury without error.

APPEAL by plaintiff from *Long, J.,* July Term, 1909, of RANDOLPH.

Civil action, commenced before a justice of the peace. There was a verdict for the defendant and a judgment thereon, from which plaintiff appealed.

*H. M. Robins* for plaintiff.

*John T. Brittain, Hammer & Spence* and *Elijah Moffitt* for defendants.

PER CURIAM: Upon an examination of the record, we are of opinion that the matters in controversy are exclusively those of facts, and that the cause was fairly presented to the jury.

We find no error in the record.

No error.